# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE DJURA JAKUBEC, <br><br> Defendant. | CASE NO. 10cr4828-LAB <br><br> **ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Three months ago, the Court denied George Jakubec's motion to vacate his 30-year sentence for armed bank robbery under 18 U.S.C. § 924(c). Jackubec can appeal that order only if he's "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253; *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). He hasn't made such a showing for the reasons discussed in the Court's previous order. In short, Jackubec argued § 924(c)'s residual clause defined "crime of violence" in unconstitutionally vague terms. But under § 924(c)'s force clause, armed bank robbery is categorically a crime of violence. *United States v. Watson*, 881 F.3d 782, 786 (9th Cir. 2018). Since Jackubec was convicted and sentenced under the force clause, he hasn't made a substantial showing of the denial of a constitutional right. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

Dated: July 23, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -